No. 12–7891. QUINONES *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 12–215. CITY OF NEW YORK, NEW YORK, ET AL. *v.* SOUTHERLAND ET AL. C. A. 2d Cir. Motion of National Association of Social Workers et al. for leave to file brief as *amici curiae* granted. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this motion and this petition.

No. 12–618. ZAMIARA ET AL. *v.* KING. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 12–625. MACENTEE *v.* IBM (INTERNATIONAL BUSINESS MACHINES). C. A. 2d Cir. Certiorari denied. JUSTICE BREYER and JUSTICE ALITO took no part in the consideration or decision of this petition.

No. 12–753. DEDAJ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR and JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–7808. RICHARDS ET AL. *v.* UNITED STATES; and
No. 12–7861. HARRIS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of these petitions. Reported below: 488 Fed. Appx. 216.

No. 12–7814. JACKSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–10718. MARTIN *v.* TEXAS, *ante*, p. 1026;
No. 12–316. IN RE LIPIN, *ante*, p. 1025;
No. 12–450. MULERO *v.* THOMPSON, WARDEN, *ante*, p. 1029;
No. 12–5412. HARRIS *v.* QCA HEALTH PLAN, INC., *ante*, p. 1030;
No. 12–6240. DAVIS *v.* MCLAUGHLIN, WARDEN, *ante*, p. 1015;
No. 12–6537. MCCLAIN *v.* UNITED STATES, *ante*, p. 1003; and
No. 12–6604. RHETT *v.* HUDSON COUNTY CHILD SUPPORT UNIT ET AL., *ante*, p. 1070. Petitions for rehearing denied.